# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ARANDA,<br><br>   Petitioner,<br><br>  v.<br><br>R. FISHER, JR.,<br><br>   Respondent. | Case No. CV 17-5457-DOC (JEM)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. Section 636, the Court has reviewed the pleadings, the records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in a de novo review of the Report and Recommendation. The Court accepts the findings and recommendations of the Magistrate Judge.

  IT IS ORDERED that: (1) Respondent's Motion to Dismiss the Petition as untimely is granted; (2) Petitioner's Motion for an Evidentiary Hearing is denied; and (3) Judgment shall be entered dismissing the action with prejudice.

DATED: September 28, 2018

                          *David O. Carter*
                        DAVID O. CARTER
                     UNITED STATES DISTRICT JUDGE