UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO ARANDA,<br><br>      Petitioner,<br><br>    v.<br><br>R. FISHER, JR.,<br><br>      Respondent. | Case No. CV 17-5457-DOC (JEM)<br><br>**J U D G M E N T** |

In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed concurrently herewith,

IT IS HEREBY ADJUDGED that the action is dismissed with prejudice.

DATED: September 28, 2018

                                                            DAVID O. CARTER
                                        UNITED STATES DISTRICT JUDGE